ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2021-May-11 10:45:31
60CV-21-2927
C06D16 : 3 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## CIVIL DIVISION

WITT CARIBBEAN, LLC,  )
)
     Plaintiff,  )   Civil Action File No.:
)
v.  )   COMPLAINT FOR
)   DECLARATORY JUDGMENT
ATLYS GLOBAL, LLC,  )
)
     Defendant.  )
)

## COMPLAINT FOR DECLARATORY JUDGMENT

COMES NOW Plaintiff, WITT CARIBBEAN, LLC, by and through undersigned counsel, and for its Complaint against the Defendant, ATLYS GLOBAL, LLC, and states the following:

### PARTIES, JURISDICTION AND VENUE

1.    Plaintiff WITT CARIBBEAN, LLC ("Witt"), is a limited liability company organized under the laws of the State of Puerto Rico with its principal place of business in Pulaski County, Arkansas. Witt is engaged in the business of consulting in the field of disaster remediation.

2.    Defendant ATLYS GLOBAL, LLC ("Atlys") is a limited liability company organized under the laws of the State of Delaware with its principal place of business in the State of New Jersey.  Atlys is engaged in the business of lending.

3.    This Court may properly exercise jurisdiction over Atlys because Atlys purposefully availed itself of the privilege of conducting business in this State, namely, by entering into a joint venture with a company based in this State.

4.    Venue is appropriate in this county because the acts upon which this cause of action are based occurred in large part within this judicial district.

## EXHIBIT 1

1

## FACTS APPLICABLE TO ALL COUNTS

5.      In 2019, Witt and Atlys entered into discussions whereby Atlys Global and Witt would form a new entity to pursue consulting opportunities in the field of emergency management and natural disaster remediation.

6.      Witt was primarily to provide the technical expertise, and Atlys was primarily to provide funding for the endeavor.

7.      The parties exchanged proposed term sheets, but no written agreement was reached between the parties about the specific terms of their business relationship.  No separate business entity was formed.

8.      Both parties have contributed resources in furtherance of a proposed joint venture between the parties.

9.      Witt has determined that it no longer wishes to pursue business opportunities within the framework of the contemplated joint venture.

10.     Witt brings this action seeking a declaratory judgment that any joint venture, informal partnership, or other business endeavor in which either party hereto may have obligations to the other is dissolved, and that the parties have no further obligations to each other.

## CAUSE OF ACTION

11.     Plaintiff repeats, reiterates, and re-alleges all allegations contained in the foregoing paragraphs as if fully set forth herein.

12.     A justiciable controversy exists between Witt and Atlys regarding the parties' obligations to one another.

13.     Plaintiff requests that the Court enter a declaratory judgment declaring that Witt has no obligations to Atlys under any theory of corporate liability.

2

14.     Plaintiff further requests that the Court assess the amount of monies, if any, which either party may owe to the other as a result of their putative joint venture, and enter judgment accordingly.

WHEREFORE, Plaintiff prays for the following relief:

1.     A declaratory judgment as set forth herein;

2.     Compensatory damages in an amount to be determined at trial; and

3.     Such other and further relief as justice may require.

Respectfully submitted,

/s/ Kevin A. Crass
Kevin A. Crass, AR Bar No. 84029
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522
Tel. (501) 370-1592
crass@fridayfirm.com

3