IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| WITT CARIBBEAN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. _____ |
| | ) |
| ATLYS GLOBAL, LLC, | ) |
| | ) |
| Defendant. | ) |

STATE OF _New Jersey_ )
)ss
COUNTY OF _Monmouth_ )

## AFFIDAVIT OF FRANKLIN ROBINSON

COMES NOW Franklin ("Frank") Robinson being of lawful age and duly sworn upon his oath and states as follows:

1. I am Franklin Robinson. I go by Frank Robinson. I am a Member and Managing Partner of Atlys Global, LLC and I am authorized to provide this Affidavit on behalf of the Company. I have personal knowledge of the facts stated herein and would so testify if called upon to do so.

2. I am a citizen of New Jersey. Atlys Global, LLC is a Delaware limited liability company. The other Member of Atlys Global, LLC is located in and a citizen of the state of Ohio.

3. Between the dates of September 26, 2019 and April 26, 2021, Atlys Global received 39 separate funding requests from the joint venture named AG Witt. Atlys Global invested principal amounts of $3,345,903.88 in AG Witt pursuant to the terms of a fully executed Term Sheet dated September 6, 2019. Pursuant to my participation in owner's meetings via conference call and documents provided, I am aware that the AG Witt and the Witt Companies claim to have

1
EXHIBIT 4

received $3,274,020.96 in principal amounts. Both amounts are provided herein exclusive of interests, costs and fees.

Further Affiant Saith Naught.

_____
Franklin Robinson

Subscribed and sworn before me on this 9th day of July 2021.

_____
Notary Public

My Commission Expires.

10/05/2025

ASHLEY GROSCH
NOTARY PUBLIC OF NEW JERSEY
Commission # 50139490
My Commission Expires 10/05/2025