IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **WITT CARIBBEAN, LLC,** )<br>)<br>  Plaintiff-Counterclaim Defendant, )<br>v. )<br>) **Cause No. 4:21-cv-618-DPM**<br>**ATLYS GLOBAL, LLC,** )<br>)<br>  Defendant-Counterclaim Plaintiff and )<br>  Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>**WITT GLOBAL PARTNERS, LLC, et. al.** )<br>)<br>  Third-Party Defendants. ) | |

## JOINT STATUS REPORT AND JOINT MOTION TO AMEND FINAL SCHEDULING ORDER OF FEBRUARY 28, 2022

Come Now, Plaintiff/Counter-Defendant, Witt Caribbean, LLC ("Plaintiff"), by and through its counsel, Defendant/Counter-Plaintiff/Third-Party Plaintiff, Atlys Global, LLC ("Defendant"), by and through its counsel, and Third-Party Defendants, Witt Global Partners, LLC, James Witt, Rod Sweetman and William Riley (Third-Party Defendants"), by and through their counsel, for their Joint Status Report and Joint Motion to Amended Final Scheduling Order of February 28, 2022 [Doc.#41], in light of the Court's Order at the December 7, 2022 Hearing and subsequently agreed tentative deposition schedule agreed upon through counsel, state as follows:

**Background Information for the Court**

1. Counsel for the Parties have been working diligently to proceed with discovery per the Court's directions and orders provided at the December 7, 2022 hearing.

2. Counsel for Plaintiff and Third-party Defendants and counsel for Defendant met in person following the Court hearing of December 7, 2022 to discuss a tentative deposition schedule based upon Plaintiff and Third-Party Defendants providing discovery by January 20, 2023 as directed by the Court. They conferred by telephone to confirm such deposition schedule on Thursday, December 15, 2022. Such depositions, per the Court's direction are scheduled to occur through February and early March of 2023.

3. During such December 7 meeting and December 15 conversation, counsel agreed that additional time to complete many of the pre-trial milestones set forth in the Court's February 28, 2022 Final Scheduling Order would require amendments because the dates directed by the Court for Plaintiff and Third-Party Defendants to provide written discovery responses and for the depositions that were postponed were dates beyond the deadline for the close of non-expert discovery deadline of January 9, 2023 set forth in the February 28, 2022 Final Scheduling Order. [See Doc.#41 at p.1].

4. Counsel for Plaintiff and Third-Party Defendants have stated that they anticipate that Plaintiff and Third-Party Defendants will utilize the same expert witnesses, if any. Further, counsel have agreed that assuming discovery requirements are met by the deadlines set forth, many of the depositions can be conducted by Zoom. Such information was factored into the proposed amended schedule as set forth below.

**PROPOSED AMENDED FINAL SCHEDULING ORDER**

| Original Scheduling Order Description | Original Deadline | Proposed New Deadline |
|---|---|---|
| Non-Expert Discovery Cutoff | Jan. 9, 2023 | April 21, 2023 |
| Joint Status Report Due | Jan. 9, 2023 | April 21, 2023 |
| Request Amendment to Pleadings | Jan. 20, 2023 | April 28, 2023 |

| | | |
|---|---|---|
| Plaintiff/Third Party Defendants Identify Expert Witness & Report Disclosure | Feb. 10, 2023 | May 15, 2023 |
| Plaintiff/Third Party Defendants Produce Expert Witness for Deposition | NA | June 12, 2023 |
| Defendant Identify Expert Witnesses & Report Disclosure | Mar. 10, 2023 | July 10, 2023 |
| Defendant Produce Expert Witnesses for Deposition | NA | Aug. 10, 2023 |
| Parties Identify Rebuttal Experts & Rebuttal Reports | May 1, 2023 | Sept. 1, 2023 |
| Parties Produce Rebuttal Experts for Deposition | NA | Sept. 29, 2023 |
| Discovery Cutoff | June 16, 2023 | Oct. 6, 2023 |
| Dispositive and Daubert Motions Due | Aug. 11, 2023 | Nov. 10, 2023 |
| Joint Status report, including Settlement Conference Request | Aug. 11, 2023 | Nov. 10, 2023 |
| Deposition Designations Exchanged | Oct. 16, 2023 | Dec. 11, 2023 |
| Motions in Limine Due | Dec. 11, 2023 | Dec. 11, 2023 |
| Local Rule 26.2 Pre-trial Disclosure Sheets | Jan. 11, 2024 | Same |
| Joint Report on Deposition Designation Disputes (if any) | Jan. 11, 2024 | Same |
| Trial Briefs Due | Jan. 11, 2024 | Same |
| Jury Instructions (agreed or disputed) due | Jan. 11, 2024 | Same |
| Jury Trial, Little Rock Court Room 1A | Feb. 12, 2024 | Same |

5. The Parties agree that the Court's description and procedures contained in its February 28, 2022 Final Scheduling Order shall be followed by all Parties and such instructions and procedures are incorporated herein by reference. Such incorporated procedures concern:

- Amended Pleadings;
- Protective Orders;
- Discovery Disputes;
- Deposition Designations;
- Jury Instructions;
- Exhibits;
- Courtroom Technology;
- Pre-Trial Hearing; and
- Conflicts of Interest.

6. The non-expert discovery cutoff and the deadline to request amendment to pleadings have already expired. [Doc.#41 at pp.1-2] Accordingly, pursuant to Local Rule 7.2(a) and 7.2(d)(1), the Parties are filing a short brief in support of this Motion contemporaneously herewith which addresses the aforementioned deadlines and the need for an extension of same.

WHEREFORE, the Parties respectfully request that the Court enter an Amended Final Scheduling Order, amending and extending the pre-trial deadlines as set forth herein above, and granting the Parties all other just and proper relief to which they are entitled.

Respectfully submitted,

/s/ Kevin A. Crass
Kevin A. Crass Ark.#84029
FRIDAY, ELEDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522
Phone: (501) 376-2011
crass@fridayfirm.com
**Counsel for Plaintiff Witt Caribbean, LLC
And Third-Party Defendants James Witt,
Rod Sweetman, William Riley and Witt
Global Partners, LLC**

**And**

Respectfully submitted,

/s/ Dylan H. Potts
Dylan H, Potts Ark. #2001258
GILL RAGON OWEN, P.A.
425 W. Capitol Avenue, Suite 3800
Little Rock, Arkansas 72201
Phone: (501) 376-3800
Fax: (501) 372-3359
potts@gill-law.com
**Counsel for Defendant-Counterclaim
Plaintiff & Third-Party Plaintiff Atlys
Global, LLC**

**And**

| | |
|---|---|
| /s/ Taylor A. Cates | /s/ Sheldon D. Korlin |
| Taylor A. Cates | Sheldon D. Korlin |
| BPR#20006 | Mo.#32197 and Ill.#6251780 |
| Burch, Porter & Johnson, PLLC | AEGIS LAW |
| 130 North Court Avenue | 601 S. Lindbergh Blvd., Second Floor |
| Memphis, Tennessee 38103 | St. Louis, Missouri 63131 |
| Phone: (901) 524-5000 | Phone: (314) 454-9100 |
| | Fax: (314) 454-9110 |
| tacates@bpjlaw.com | skorlin@aegislaw.com |
| **Co-counsel For Plaintiff-Counterclaim Defendant Witt Caribbean, LLC and Third-Party Defendants Witt Global Partners, LLC, James Witt, Rod Sweetman and William Riley** | **Co-Counsel for Defendant-Counterclaim Plaintiff & Third-Party Plaintiff Atlys Global, LLC** |