IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVIVSION

WITT CARIBBEAN, LLC     PLAINTIFF/
COUNTER-
DEFENDANT

v.     No. 4:21-cv-618-DPM

ATLYS GLOBAL, LLC     DEFENDANT/
COUNTER-
PLAINTIFF/THIRD-
PARTY PLAINTIFF

v.

WITT GLOBAL PARTNERS, LLC;
WITT GLOBAL PARTNERS FUND I, L.P.;
WITT GLOBAL PARTNERS CAPITAL, LLC,
d/b/a WGP Capital; WITT GLOBAL PARTNERS
ASSET MANAGEMENT, LLC; WITT GLOBAL
PARTNERS GP-I, LLC; WITT CORP;
AG WITT, LLC; JOHN DOE CORPORATIONS,
Witt Affiliated Companies; JAMES LEE WITT;
ROD SWEETMAN; and WILLIAM (BILL) RILEY     THIRD-PARTY
DEFENDANTS

## ORDER

1.     The Court appreciates the parties' joint status report, *Doc. 80*. The progress and cooperation are obvious. The parties should press on. The Court will address any discovery dispute, or motion to amend the schedule, when and if it comes.

2. Atlys Global's motion to reply, *Doc. 75*, is granted. Reply, *Doc. 76*, deemed filed. In the future, any moving party may reply within seven calendar days of the response.

3. Atlys Global's unopposed motion to amend its counterclaim and third-party complaint, *Doc. 81*, and its motion to correct its proposed pleadings, *Doc. 83*, are granted. Gold star for the "green line." Amended pleadings due by 5 May 2023.

4. Atlys Global's motion for entry of default against AG Witt, *Doc. 69*, is denied without prejudice. AG Witt has not appeared in the case. But the joint venture is entitled to the opportunity to respond to the imminent second amended third-party complaint.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 April 2023