# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVIVSION

**WITT CARIBBEAN, LLC**                                    **PLAINTIFF/ COUNTER- DEFENDANT**

**v.**                          **No. 4:21-cv-618-DPM**

**ATLYS GLOBAL, LLC**                          **DEFENDANT/ COUNTER- PLAINTIFF/THIRD- PARTY PLAINTIFF**

**v.**

**WITT GLOBAL PARTNERS, LLC;
WITT GLOBAL PARTNERS FUND I, LP;
WITT GLOBAL PARTNERS CAPITAL, LLC,
d/b/a WGP Capital;  WITT GLOBAL PARTNERS
ASSET MANAGEMENT, LLC;  WITT GLOBAL
PARTNERS GP-1, LLC;  WITT CORP;
AG WITT, LLC;  JOHN DOE CORPORATIONS,
Witt Affiliated Companies;  JAMES LEE WITT;
ROD SWEETMAN;  and WILLIAM (BILL) RILEY**     **THIRD-PARTY DEFENDANTS**

## ORDER

**1.**     Motion for leave to file a reply, *Doc. 97*, granted.

**2.**     Motion, *Doc. 94*, granted as modified.  The Witt parties'
late-breaking objections to the 30(b)(6) notice are overruled.
Any complaints about the number and scope of the topics in the notice

should have been raised promptly after the first notice was served. Fed. R. Civ. P. 30(b)(6). And the point about putting the company on stand-by is unpersuasive. The Witt parties, not Atlys Global, choose who will testify on behalf of Witt Caribbean, LLC and Witt Global Partners, LLC on each topic. Some or all of those individuals may have already been deposed. Taking their depositions again is inefficient. But the wasted time and money is the result of the Witt parties' failure to timely object to the 30(b)(6) notice and to identify their corporate witnesses.

3.     The Court will not force the Witt parties to appear at depositions on November 1st. Rather, the Court extends the discovery deadline to 30 November 2023. All other deadlines in the Second Amended Final Scheduling Order remain in effect.

4.     Atlys Global's embedded request for sanctions is noted. Any response is due by 3 November 2023. If no response is filed, the Court will order the Witt parties to pay Atlys Global $790.00. Fed. R. Civ. P. 37(a)(5).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 October 2023

- 2 -