IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVIVSION

WITT CARIBBEAN, LLC      PLAINTIFF/COUNTER-DEFENDANT

v.     No. 4:21-cv-618-DPM

ATLYS GLOBAL, LLC     DEFENDANT/COUNTER-PLAINTIFF/THIRD-PARTY PLAINTIFF

v.

WITT GLOBAL PARTNERS, LLC;
WITT GLOBAL PARTNERS FUND I, L.P.;
WITT GLOBAL PARTNERS CAPITAL, LLC,
d/b/a WGP Capital; WITT GLOBAL PARTNERS
ASSET MANAGEMENT, LLC; WITT GLOBAL
PARTNERS GP-I, LLC; WITT CORP;
AG WITT, LLC; JOHN DOE CORPORATIONS,
Witt Affiliated Companies; JAMES LEE WITT;
ROD SWEETMAN; and WILLIAM (BILL) RILEY     THIRD-PARTY DEFENDANTS

### ORDER

Atlys Global's motion for summary judgment, *Doc. 109*, is denied. An explanatory Order will be filed in due course. This older case is first out for trial on 3 June 2024.

The Court is inclined to deny Atlys Global's motion for sanctions, *Doc. 125*, too. One thing is clear. Striking pleadings would be too harsh a sanction for the alleged conduct. *Vallejo v. Amgen, Inc.*, 903 F.3d 733, 747 (8th Cir. 2018); *Rodgers v. Curators of Univ. of Missouri*, 135 F.3d 1216, 1219 (8th Cir. 1998). The Court's forthcoming Order will also resolve this motion.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 April 2024