IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVIVSION

| | |
|---|---|
| **WITT CARIBBEAN, LLC** | **PLAINTIFF/ COUNTER- DEFENDANT** |
| v. No. 4:21-cv-618-DPM | |
| **ATLYS GLOBAL, LLC** | **DEFENDANT/ COUNTER- PLAINTIFF/THIRD- PARTY PLAINTIFF** |
| v. | |
| **WITT GLOBAL PARTNERS, LLC; WITT GLOBAL PARTNERS FUND I, L.P.; WITT GLOBAL PARTNERS CAPITAL, LLC, d/b/a WGP Capital; WITT GLOBAL PARTNERS ASSET MANAGEMENT, LLC; WITT GLOBAL PARTNERS GP-I, LLC; WITT CORP; AG WITT, LLC; JOHN DOE CORPORATIONS, Witt Affiliated Companies; JAMES LEE WITT; ROD SWEETMAN; and WILLIAM (BILL) RILEY** | **THIRD-PARTY DEFENDANTS** |

### ORDER

Motion, *Doc. 141*, granted. Counts VIII, X & XI of Atlys Global's second amended counterclaim and third-party complaint are dismissed without prejudice.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 May 2024