# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVIVSION

WITT CARIBBEAN, LLC                                    PLAINTIFF/
                                                       COUNTER-
                                                       DEFENDANT

v.                          No. 4:21-cv-618-DPM

ATLYS GLOBAL, LLC                                      DEFENDANT/
                                                       COUNTER-
                                                       PLAINTIFF/THIRD-
                                                       PARTY PLAINTIFF

v.

WITT GLOBAL PARTNERS, LLC;
WITT GLOBAL PARTNERS FUND I, L.P.;
WITT GLOBAL PARTNERS CAPITAL, LLC,
d/b/a WGP Capital; WITT GLOBAL PARTNERS
ASSET MANAGEMENT, LLC; WITT GLOBAL
PARTNERS GP-I, LLC; WITT CORP;
AG WITT, LLC; JOHN DOE CORPORATIONS,
Witt Affiliated Companies; JAMES LEE WITT;
ROD SWEETMAN; and WILLIAM (BILL) RILEY   THIRD-PARTY
                                          DEFENDANTS

## ORDER

Waiver, *Doc. 147*, noted.  Do the Witt parties consent to a bench trial? Fed. R. Civ. P. 38(d) & 39(a)(1); *see, e.g., Ross Dress for Less, Inc. v. Makarios-Oregon, LLC*, 39 F.4th 1113, 1120 (9th Cir. 2022). Response due

by Thursday, 23 May 2024.  The Court must sort the bench trial issue as soon as practicable.

So Ordered.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

21 May 2024