# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVIVSION

**WITT CARIBBEAN, LLC**  PLAINTIFF/ COUNTER-DEFENDANT

v.   No. 4:21-cv-618-DPM

**ATLYS GLOBAL, LLC**  DEFENDANT/ COUNTER-PLAINTIFF/THIRD-PARTY PLAINTIFF

v.

**WITT GLOBAL PARTNERS, LLC;
WITT GLOBAL PARTNERS FUND I, L.P.;
WITT GLOBAL PARTNERS CAPITAL, LLC,
d/b/a WGP Capital; WITT GLOBAL PARTNERS
ASSET MANAGEMENT, LLC; WITT GLOBAL
PARTNERS GP-I, LLC; WITT CORP;
AG WITT, LLC; JOHN DOE CORPORATIONS,
Witt Affiliated Companies; JAMES LEE WITT;
ROD SWEETMAN; and WILLIAM (BILL) RILEY**   THIRD-PARTY DEFENDANTS

## ORDER

1. Atlys Global has withdrawn its jury demand with the Witt parties' consent. The Court directs the Clerk to convert this case to a bench trial.

**2.** When this case was still scheduled to be tried by a jury, Atlys Global estimated that trial would last up to four and a half days. *Doc. 145 at 12*. A bench trial shouldn't take as long. And the Court must hold a preliminary injunction hearing in a separate case the afternoon of Monday, June 3rd. Trial in this case will therefore begin at 9:30 a.m. on Tuesday, June 4th in courtroom 1A of the Richard S. Arnold United States Courthouse in Little Rock.

**3.** Considering the nature of the claims, it makes more sense for Atlys Global to present its case first. After hearing from both sides, the Court anticipates first ruling on the legal claims before moving to the equitable claims.

**4.** Atlys Global's motion for leave to amend its pretrial disclosures, *Doc. 149*, is noted. Response due by Tuesday, May 28th. Recall that both sides must deliver the original exhibits, and one copy, in three-ring binders to the Courtroom Deputy on Wednesday, May 29th. Electronic copies of the exhibits plus the exhibit and witness lists are due that day, too. *Doc. 90 at 4-5*.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>28 May 2024</u>