IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVIVSION

**WITT CARIBBEAN, LLC**                                                                             **PLAINTIFF/
COUNTER-
DEFENDANT**

v.                             No. 4:21-cv-618-DPM

**ATLYS GLOBAL, LLC**                                                                        **DEFENDANT/
COUNTER-
PLAINTIFF/THIRD-
PARTY PLAINTIFF**

v.

**WITT GLOBAL PARTNERS, LLC;
WITT GLOBAL PARTNERS FUND I, L.P.;
WITT GLOBAL PARTNERS CAPITAL, LLC,
d/b/a WGP Capital; WITT GLOBAL PARTNERS
ASSET MANAGEMENT, LLC; WITT GLOBAL
PARTNERS GP-I, LLC; WITT CORP;
AG WITT, LLC; JOHN DOE CORPORATIONS,
Witt Affiliated Companies; JAMES LEE WITT;
ROD SWEETMAN; and WILLIAM (BILL) RILEY**       **THIRD-PARTY
DEFENDANTS**

### ORDER

The parties have agreed to settle this case. *Doc. 156*. Congratulations. Trial is cancelled. Atlys Global's motion, *Doc. 155*, is denied as moot. The parties must file a joint notice when the paperwork is finalized. Notice due by 24 June 2024.

Here's the Court's tentative plan. The Court will dismiss this case with prejudice and retain jurisdiction for sixty-five months to allow full performance as contemplated by the parties' agreement. The case will be administratively terminated. If any party concludes that the settlement terms have not been performed, they may file a motion to reopen the case and amend the judgment and enter a new judgment reflecting the circumstances. Please comment on the plan in the joint notice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>3 June 2024</u>