IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVIVSION

WITT CARIBBEAN, LLC                                    PLAINTIFF/
                                                       COUNTER-
                                                       DEFENDANT

v.                    No. 4:21-cv-618-DPM

ATLYS GLOBAL, LLC                                      DEFENDANT/
                                                       COUNTER-
                                                       PLAINTIFF/THIRD-
                                                       PARTY PLAINTIFF

v.

WITT GLOBAL PARTNERS, LLC;
WITT GLOBAL PARTNERS FUND I, L.P.;
WITT GLOBAL PARTNERS CAPITAL, LLC,
d/b/a WGP Capital; WITT GLOBAL PARTNERS
ASSET MANAGEMENT, LLC; WITT GLOBAL
PARTNERS GP-I, LLC; WITT CORP;
AG WITT, LLC; JOHN DOE CORPORATIONS,
Witt Affiliated Companies; JAMES LEE WITT;
ROD SWEETMAN; and WILLIAM (BILL) RILEY      THIRD-PARTY
                                            DEFENDANTS

## JUDGMENT

Witt Caribbean, LLC's complaint and Atlys Global, LLC's second amended counterclaim and third-party complaint are dismissed with prejudice. The Court retains jurisdiction until 26 December 2029 to enforce the parties' settlement agreement.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

25 July 2024