IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVIVSION

| | |
|---|---|
| WITT CARIBBEAN, LLC | PLAINTIFF/ COUNTER-DEFENDANT |
| v.   No. 4:21-cv-618-DPM | |
| ATLYS GLOBAL, LLC | DEFENDANT/ COUNTER-PLAINTIFF/THIRD-PARTY PLAINTIFF |
| v. | |
| WITT GLOBAL PARTNERS, LLC; WITT GLOBAL PARTNERS FUND I, L.P.; WITT GLOBAL PARTNERS CAPITAL, LLC, d/b/a WGP Capital; WITT GLOBAL PARTNERS ASSET MANAGEMENT, LLC; WITT GLOBAL PARTNERS GP-I, LLC; WITT CORP; AG WITT, LLC; JOHN DOE CORPORATIONS, Witt Affiliated Companies; JAMES LEE WITT; and ROD SWEETMAN | THIRD-PARTY DEFENDANTS |

## ORDER

Joint motion, *Doc. 179*, granted. Acknowledgment, Consent, and Assignment, *Doc. 179-1*, approved.

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 January 2025